NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM ALDERMAN, DC #086061,    )
                                 )
            Appellant,           )
                                 )
v.                               )    Case No.  2D18-2229
                                 )
STATE OF FLORIDA,                )
                                 )
            Appellee.            )
_____ )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Donald G. Jacobsen, Judge.

William Alderman, pro se.


PER CURIAM.

            Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.